# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VINCENT A. BILELLO,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a THE BANK OF NEW YORK, as Trustee for the Certificateholders of CWALT, INC., Alternative Loan Trust 2006-OA16, Mortgage Pass-Through Certificates, Series 2006-OA16, **CHIROPRACTICE MARKETING SOLUTIONS, HERON BAY COMMUNITY ASSOCIATION, INC.,** and **THE FALLS AT HERON BAY ASSOCIATION, INC.,**
Appellees.

No. 4D14-4312

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE13014878 (11).

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Jacqueline Costoya of Kelley Kronenberg, Fort Lauderdale, for appellee The Bank of New York Mellon.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***